UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ORDONEZ, | |
|     Plaintiff, | Case No. 2:14-cv-01284-RCJ-CWH |
| vs. | **ORDER** |
| GREEN TREE SERVICING, LLC, | |
|     Defendant. | |

Presently before the court is the parties' Stipulation for Settlement Conference and Extension of Dispositive Motion Deadline (ECF No. 57). Having read and considered the stipulation, and good cause appearing,

IT IS ORDERED that a settlement conference is set for Wednesday, February 17, 2016. Plaintiff must appear at 9:00 a.m. Defendant must appear at 9:30 a.m. The court will issue a separate order regarding the location and other instructions for preparing for the settlement conference.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended to March 17, 2016.

DATED: December 11, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**